In the Matter of the Application of GERTNER BAKING CORPORATION for an Order Directing that the Arbitration Provided for in a Certain Lease in Writing Entered into between Petitioner and One, Bournonville Realty Company, on the 31st Day of March, 1932, Proceed Pursuant to the Provision Thereof and of the

Arbitration Law. GERTNER BAKING CORPORATION, Appellant; BOURNONVILLE REALTY COMPANY, Respondent.— Order denying petitioner's motion to compel arbitration unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.